AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

AUG 1 3 2013

David J. Bradley, Clerk

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA

V.

Francisco Javier Ramirez

A089 943 408

AKA:

    IAE    YOB:    1992

The United Mexican States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-13-1471-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 12, 2013** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Delmita, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Francisco Javier Ramirez was encountered by Border Patrol Agents near Delmita, Texas, on August 12, 2013. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 30, 2013, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, for the second (2nd) time on June 12, 2013 through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 26, 2011, the defendant was convicted of 8 USC 1324 Transporting Aliens within the United States, and was sentenced to thirty three (33) months confinement and two (2) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

approved by
AUSA Kut9R

Sworn to before me and subscribed in my presence,

**August 13, 2013**

**Peter E. Ormsby**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Complainant

Jose Pena      Senior Patrol Agent

Signature of Judicial Officer